EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex – parte<br><br>   Armando A. Cardona Estelritz | 2005 TSPR 22<br><br>163 DPR _____ |

Número del Caso: TS-8496


Fecha: 4 de marzo de 2005


Abogado de la Ex – parte:

                    Por derecho propio


Oficina de Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora


 Materia: Solicitud de Reinstalación al Ejercicio de la
          Notaría.

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se
hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex-parte

Armando A. Cardona Estelritz

TS-8496

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de marzo de 2005.

Examinada la Solicitud de Readmisión o Reinstalación presentada por el Lcdo. Armando A. Cardona Estelritz, así como la Moción en Cumplimiento de Orden sometida por la Directora de la Oficina de Inspección de Notarías, se autoriza la reinstalación del licenciado Cardona Estelritz al ejercicio de la notaria, efectivo al 11 de marzo de 2005.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo